JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS GRANADOS, | ) | Case No. CV 09-4459-AG (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| KEN CLARK, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  November 30, 2009

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge